UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-22-CV-01255 |
| ) | |
| $27,003.00, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Respondent. ) | |

**VERIFIED COMPLAINT FOR FORFEITURE**

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules Civil Procedure, and respectfully states as follows:

**I.
NATURE OF THIS ACTION**

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

- **$27,003.00, More or Less, in United States Currency,**

hereinafter referred to as the "Respondent Currency".

**II.
JURISDICTION AND VENUE**

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Currency under Title 28 U.S.C. §§ 1355(b)(6) and 1395. Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1)(A) because

the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Currency is found in this district.

## III.
## STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Currency for violations of Title 21 U.S.C. §§ 801, *et. seq.,* and subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6), which states:

> **§ 881. Forfeitures**
> **(a)   Subject property**
> The following shall be subject to forfeiture to the United States and no property right shall exist in them:
>
> ***
>
> **(6)**   All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter.

## IV.
## FACTS IN SUPPORT OF VIOLATIONS

See Appendix "A" for facts under seal.

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Currency, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Currency be forfeited to the United States

---

[1] Appendix B, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Currency.

of America, that the Respondent Currency be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

                Respectfully submitted,

                ASHLEY C. HOFF
                United States Attorney

By: _____
                RAY A. GATTINELLA
                Assistant United States Attorney
                Asset Forfeiture Section
                601 N.W. Loop 410, Suite 600
                San Antonio, Texas 78216
                Tel: (210) 384-7040
                Fax: (210) 384-7045
                Texas Bar No. 00798202
                Email: Ray.Gattinella@usdoj.gov

                Attorneys for the United States of America

## VERIFICATION

Task Force Officer Jaime Diaz, declares and says that:

1. I am a Task Force Officer with the Drug Enforcement Administration, assigned to the San Antonio District Office, and am the investigator responsible for the accuracy of the information provided in this litigation; and

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; that the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and based on information and belief, the allegations contained in the Verified Complaint for Forfeiture are true.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __16th__ day of November 2022.

Jaime Diaz, Task Force Officer
Drug Enforcement Administration
San Antonio District Office